### Dock JOHNSON v. STATE. (No. 12286.)

Court of Criminal Appeals of Texas. Nov. 21, 1928.

Maberry & Maberry, of Gilmer, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas. Nov. 21, 1928.

T. H. Briggs, of Gilmer, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is murder; punishment fixed at confinement in the peni-

tentiary for an indeterminate period, from 2 to 99 years.

The indictment is regular. There is an absence of statement of facts and bills of exceptions. There is nothing before the court for review.

The judgment is affirmed.